USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 18, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE LUIS ESPINOZA GONZALEZ, *individually and on behalf of others similarly situated,*

*Plaintiff,*

-against-

547 LENOX BAR-B-Q-REST. CORP. (d/b/a HARLEM BAR-B-Q), MARC BERNSTEIN and KWASI SEMPER,

*Defendants.*

Case No. 1:17-cv-6704-KPF

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, that the Complaint and any and all claims that were or could have been asserted in this action by any party are hereby, dismissed in their entirety, with prejudice, and with each party to bear their own costs, expenses, disbursements, and attorneys' fees.

Dated: April 18, 2018
New York, New York

_____
Sara Isaacson, Esq.
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiff*
60 East 42nd St. Suite 4510
New York, NY 10165
Tel: (212) 317-1200
Fax: (212) 317-1620
Email: sisaacson@faillacelaw.com

_____
Russell E. Adler
Law Offices of Russell E. Adler PLLC
300 Park Avenue, 12th Floor
New York, NY 10022
Tel: (646) 504.3299
Fax: (888) 636-2303
russ@radlerlawpllc.com

Dated:   April 19, 2018
         New York, New York

SO ORDERED:

_____
Hon. Katherine Polk Failla
United States District Judge